IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION AT CHATTANOOGA

| | |
|---|---|
| AMERICAN ATHEISTS, INC., ) <br> A non-profit corporation a/k/a ) <br> AMERICAN ATHEISTS, ) <br> JOSHUA STEPHENS, and JANE DOE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ERIC WATSON, Sheriff of Bradley ) <br> County, Tennessee, and ) <br> BRADLEY COUNTY, TENNESSEE, ) <br> ) <br> Defendants. ) | No. 1:16-CV-00118 |

## STIPULATION OF DISMISSAL

The parties, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned case be dismissed, with prejudice, the parties to bear their respective costs including any attorney's fees or other expenses of litigation except as may otherwise be set out in the Settlement Agreement and Release executed by the parties.

Respectfully submitted,

**LAW OFFICE OF PERRY A. CRAFT, PLLC**

BY: s/Perry A. Craft
Perry A. Craft, BPR #006056
Attorney for Plaintiffs
BNA Corporate Center
402 BNA Drive, Bldg. 100, Suite 202
Nashville, TN 37217
615-953-3808
615-739-6292 (fax)
perrycraft@craftlegal.com

*signatures continue on following page*

**SPICER RUDSTROM, PLLC**

BY: s/Thomas E. LeQuire
Thomas E. LeQuire, BPR #06875
Michael A. Kent, BPR #012141
Attorneys for Defendants
537 Market Street, Suite 203
Chattanooga, TN 37402
423-756-0262
423-756-8489 (fax)
tel@spicerfirm.com